**Closed**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MORGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and AMERICAN HONDA MOTOR COMPANY, INC. LTD PLAN,<br><br>　　　　Defendants. | Case No.: CV10-4252 JFW (MANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable John F. Walter<br>Filing Date:　　June 9, 2010 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 24, 2010

　　　　　　　　　　　　　　　　_/s/ John F. Walter_
　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　United States District Judge